UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEOPHILUS D. USO,

          Plaintiff,

     v.

KRISTI NOEM, et al.,

          Defendants.

Case No.  26-cv-00571-SK

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 13

On May 19, 2026, Plaintiff Theophilus D. Uso filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  (Dkt. No. 13.)  Defendants have not served an answer or a motion for summary judgment.  *See* Fed. R. Civ. 41(a)(1)(A)(i).  Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE.  Each party shall bear its own fees and costs.  All case deadlines and hearings are VACATED.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: May 20, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California